IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No. 06-cr-00408-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD WELDON SWANSON,

    Defendant.

_____

**MINUTE ORDER**
_____

**JUDGE WALKER D. MILLER**
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    Hearing on the supervised release violation will be held **July 8, 2010, at 11:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.


Dated: June 1, 2010

                                        s/ Jane Trexler, Judicial Assistant