IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No.  06-cr-00408-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD WELDON SWANSON,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    Due to a conflict in the court's calendar, the November 23, 2010 hearing is vacated.  Counsel are directed to contact chambers as soon as possible to reset the hearing.


Dated:  November 17, 2010

                                              s/ Jane Trexler, Judicial Assistant