IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No.  06-cr-00408-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD WELDON SWANSON,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    The motion to continue will be granted upon rescheduling.  Counsel are directed to contact chambers to reschedule the hearing.


Dated:  December 7, 2010

                                              s/ Jane Trexler, Judicial Assistant