IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No.  06-cr-00408-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD WELDON SWANSON,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    A bond hearing will be held **June 23, 2011, at 2:00 p.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

    The supervised release violation hearing is continued to **July 21, 2011 at 2:00 p.m.**

Dated:  June 8, 2011

                                            s/ Jane Trexler, Judicial Assistant